UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER.<br><br>    Plaintiff,<br><br>v.<br><br>COPIA VENTURES WATT INC., a California Corporation<br><br>    Defendants. | Case No.: 2:22-cv-00277-WBS-AC<br><br>**ORDER** |

    The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than **November 13, 2023**.

    **IT IS SO ORDERED.**

Dated: September 12, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE