CENTER FOR DISABILITY ACCESS
Claire Cylkowski, Esq., SBN 335352
Krista Hemming, Esq., SBN 304213
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

Ara Sahelian
SAHELIAN LAW OFFICES
25108 Marguerite Pkwy, Ste A
Mission Viejo, CA 92692-2400, CA
Telephone: 949-572-3174 Personal Mobile
contact@sahelianlaw.com

Attorneys for Defendants
Copia Ventures Watt Inc., A California Corporation;

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>  Plaintiff,<br><br>  v.<br><br>**Copia Ventures Watt Inc., A California Corporation;**<br>and Does 1-10,<br><br>  Defendants | Case No.: 2:22-cv-00277-WBS-AC<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING DISMISSAL** |

Plaintiff Brian Whitaker ("Plaintiff") and Defendants Copia Ventures Watt Inc., A California Corporation; ("Defendants") hereby stipulate to extend the deadline to file Dismissal to January 9, 2024 The parties are yet to finalize the terms of the settlement agreement hence the additional time is required to finalize the Agreement, collect the signatures and to comply with the terms of Agreement.

Dated: 11/13/2023                           CENTER FOR DISABILITY ACCESS

                                            By: /s/ Naomi Butler
                                            Naomi Butler
                                            Attorney for Plaintiff

Dated: 11/13/2023

                                            SAHELIAN LAW OFFICES


                                            By:   /s/ Ara Sahelian
                                            Ara Sahelian
                                            Attorneys for Defendants
                                            Copia Ventures Watt Inc., A California
                                            Corporation


### SIGNATURE CERTIFICATION


I hereby certify that the content of this document is acceptable to Ara Sahelian, counsel for Copia Ventures Watt Inc., A California Corporation; and that I have obtained Attorney Sahelian's authorization to affix his electronic signature to this document.


Dated: 11/13/2023                           CENTER FOR DISABILITY ACCESS

                                            By: /s/ Naomi Butler
                                            Naomi Butler
                                            Attorney for Plaintiff

**ORDER**

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to **January 10, 2024**.

**IT IS SO ORDERED.**

Dated:  November 14, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE