CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq. SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
NaomiB@potterhandy.com
Attorneys for Plaintiff

ARA SAHELIAN (CBN: 169257)
contact@sahelianlaw.com
SAHELIAN LAW OFFICES
25108 Marguerite pkwy, Ste A
Mission Viejo, CA 92692
Telephone: (949) 859-9200
Attorneys for Defendant
COPIA VENTURES WATT INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>         Plaintiff,<br><br>    v.<br><br>COPIA VENTURES WATT INC., a California Corporation<br><br>         Defendants. | Case: 2:22-cv-00277-WBS-AC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1    **<u>STIPULATION</u>**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 1/11/2024         CENTER FOR DISABILITY ACCESS

By: _____
Naomi Butler
Attorneys for Plaintiff

Dated: 1/11/2024         SAHELIAN LAW OFFICE

By: _____
Ara Sahelian
Attorneys for Defendant
Copia Ventures Watt Inc.,
a California Corporation

2